UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JODETH E. JAFAR,

    Defendant.

_____/

No. 1:04CR028☐

Hon. David W. McKeague
U.S. District Judge

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Mailing a Threatening Communication)

On or about September 9, 2004, in Charlotte, Eaton County, in the Southern Division of the Western District of Michigan, the defendant,

JODETH E. JAFAR,

knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to Eaton County District Court Judge Paul Berger that constituted a threat to injure his person.

18 U.S.C. § 876(c)

## COUNT 2
(Mailing a Threatening Communication)

On or about September 9, 2004, in Eaton Rapids, Eaton County, in the Southern Division of the Western District of Michigan, the defendant,

JODETH E. JAFAR,

knowingly caused to be delivered by the United States Postal Service, according to the directions thereon, a communication addressed to the address of Samuel A. Graham that constituted a threat to injure his person.

18 U.S.C. § 876(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

_____
HAGEN WALTER FRANK
Assistant United States Attorney